# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Muehlbauer, | Civ. No. 14-3253 (MJD/JJK) |
| Plaintiff, | |
| v. | |
| Carolyn Colvin, *Acting Acting Commissioner of Social Security*, | ***ORDER*** |
| Defendant. | |

Carol Lewis, Esq., Carol Lewis Law, counsel for Plaintiff.

Pamela A. Marentette, Esq., Assistant United States Attorney, counsel for Defendant.

Based upon the Report and Recommendation by U.S. Magistrate Judge Jeffrey J. Keyes, dated September 14, 2015, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for summary judgment (Doc. No. 15), is **DENIED**;

2. Defendant's motion for summary judgment (Doc. No. 17), is **GRANTED**; and

   3.  This case is **DISMISSED WITH PREJUDICE**, and judgment shall be entered accordingly.

Date:  October 5, 2015

          <u>s/Michael J. Davis</u>
          Michael J. Davis
          United States District Court Judge Judge